EXHIBIT 9

  

ABOUT US   SERVICES  CUSTOMER SERVICE   CONTACT US

## COMPANY PROFILE

Grand China Shipping began trans-pacific business in March, 2011 debuting with the Super Pacific Express (SPX) service. The maiden voyage of GCS into the United States was celebrated shipside at TTI Terminals at the Port of Long Beach. Grand China Logistics Chairman Jia Hongxiang and 300 guests including dignitaries and elected officials welcomed the full vessel with a celebration luncheon. GCS was established in July, 2008 in China as a domestic and international container carrier with a vast service network in Asia.

GCS is a branch of Grand China Logistics Holdings (Group) Co., Ltd. which is building China's first integrated network featuring services in sea and air logistics, financial services, logistics information, and manufacturing. GCL has gross assets of over 50 billion RMB with annual revenue of over 21 billion RMB operating a fleet of over 100 vessels and 14 cargo planes with over 32 thousand employees. The goal of GCL is to achieve annual revenue of 100 billion RMB by the end of 2011.

Grand China Logistics is one of three pillar industries of Hainan Airlines Group (HNA Group). HNA Group was founded in 2000 built from Hainan Airlines (founded in 1993). HNA Group's assets total more than 3,400 billion RMB and annual income of 925 million RMB while employing over 80,000 people. GCAHC coordinates eight subsidiary segments including air transport, logistics, airports, hotels, tourism, retail, finance, and catering.

### Mission Statement

The mission of Grand China Shipping is to develop partnerships and manage customers in a manner which consistently earns our reputation for strong service, stability, and integrity.

EXHIBIT 10

Grand China Shipping (U.S.A.) | Company Profile                http://www.grandchinashipping.com/cns.php?content_a=company-profile



ABOUT US   SERVICES                    CUSTOMER SERVICE   CONTACT US





## COMPANY PROFILE

Grand China Shipping began trans-pacific business in March, 2011 debuting with the Super Pacific Express (SPX) service. The maiden voyage of GCS into the United States was celebrated shipside at TTI Terminals at the Port of Long Beach. Grand China Logistics Chairman Jia Hongxiang and 300 guests including dignitaries and elected officials welcomed the full vessel with a celebration luncheon. GCS was established in July, 2008 in China as a domestic and international container carrier with a vast service network in Asia.

GCS is a branch of Grand China Logistics Holdings (Group) Co., Ltd. which is building China's first integrated network featuring services in sea and air logistics, financial services, logistics information, and manufacturing. GCL has gross assets of over 50 billion RMB with annual revenue of over 21 billion RMB operating a fleet of over 100 vessels and 14 cargo planes with over 32 thousand employees. The goal of GCL is to achieve annual revenue of 100 billion RMB by the end of 2011.

Grand China Logistics is one of three pillar industries of Hainan Airlines Group (HNA Group). HNA Group was founded in 2000 built from Hainan Airlines (founded in 1993). HNA Group's assets total more than 3,400 billion RMB and annual income of 925 million RMB while employing over 80,000 people. GCAHC coordinates eight subsidiary segments including air transport, logistics, airports, hotels, tourism, retail, finance, and catering.

### Mission Statement

The mission of Grand China Shipping is to develop partnerships and manage customers in a manner which consistently earns our reputation for strong service, stability, and integrity.

Privacy Policy    |    Terms of Service    |    Frequently Asked Questions (FAQ)

Copyright © 2011 Grand China Shipping.

11/17/2011 10:24 AI

Grand China Shipping (U.S.A.) | Press

http://www.grandchinashipping.com/press.php



 ABOUT US   SERVICES        CUSTOMER SERVICE   CONTACT US

# PRESS

 SEARCH SITE



### CHINA'S HNA GROUP BUILDS $6.3 BILLION WARCHEST FOR DEALS IN EUROPE, U.S.
Bloomberg
23 Oct, 2011 09:55 am

DOWNLOAD



### HERITAGE HILLS GOLF CLUB GOES FOR $2.1 MILLION TO CHINESE COMPANY
lohud.com
05 Oct, 2011 02:48 pm

DOWNLOAD



### JV WITH CHINA'S HNA BODES WELL FOR NH HOTELES
Hotel News Now
03 Oct, 2011 12:00 am

DOWNLOAD



### CHINESE GROUP BUYS CITY TOWER, EYES MORE DEALS
Business Day
13 Sep, 2011 12:00 am

DOWNLOAD



### GRAND CHINA SHIPPING AIMS TO BECOME GLOBAL LOGISTICS COMPANY IN 5-10 YEARS
Shipping Online
22 Aug, 2011 12:00 am

DOWNLOAD



### GRAND CHINA OPTS FOR A BUTTERFLY TRANSPACIFIC OPERATION
Alphaliner
20 Jul, 2011 12:00 am

DOWNLOAD

### ON THE GO: GRAND CHINA SHIPPING
Port of Long Beach - http://youtu.be/SuzQo4rV-jM
02 May, 2011 12:00 am

12/8/2011 2:49 PM

Grand China Shipping (U.S.A.) | Press                                    http://www.grandchinashipping.com/press.php



DOWNLOAD



### CHINA STARTS WEEKLY CALLS TO PORT OF LONG BEACH
News
01 May, 2011 12:00 am                                                   DOWNLOAD



### GRAND CHINA SHIPPING EXPANDS
Turkish Maritime
29 Apr, 2011 12:00 am                                                   DOWNLOAD



### CHINA BEGINS ITS CALLS TO LONG BEACH PORT
Blemont Shore-Naples Patch
28 Apr, 2011 12:00 am                                                   DOWNLOAD



### 中美海运贸易复苏 中国海运企业开辟新航线
China News
27 Apr, 2011 12:00 am                                                   DOWNLOAD



### 中国大新华航运开通美西航线(图)
China News
27 Apr, 2011 12:00 am                                                   DOWNLOAD



### 驻洛杉矶总领馆总领事邱绍芳应邀出席大新华物流美国航线首航庆典仪式
Phoenix
27 Apr, 2011 12:00 am                                                   DOWNLOAD



### 大新华泰兴轮首航成功 为地方创就业机会
U.S. China Press
27 Apr, 2011 12:00 am                                                   DOWNLOAD

Grand China Shipping (U.S.A.) | Press                                    http://www.grandchinashipping.com/press.php



**大新华泰兴"轮美西航线成功首航**
CN Stock
27 Apr, 2011 12:00 am                                                                    DOWNLOAD

Results 1 - 15 Results of 18 « 1 2 »

Privacy Policy    |    Terms of Service    |    Frequently Asked Questions (FAQ)

Copyright © 2011 Grand China Shipping.

# Bloomberg

## China's HNA Group Builds $6.3 Billion Warchest for Deals in Europe, U.S.

By Jasmine Wang - Oct 24, 2011

HNA Group, the Chinese investor in aviation, shipping and hotels, said it has access to as much as 40 billion yuan ($6.3 billion) of credit lines to support acquisitions in Europe and the U.S.

"HNA is ready," said Adam Tan, executive director of the Hainan province-backed company, which controls Hainan Airlines Co. and Hong Kong Airlines, in an Oct. 21 interview in Beijing. "When there's an opportunity, we'll go and grab it."

The company has this year agreed to investments in a shipping-container lessor, Spain's largest business-hotel chain, and a Turkish air-cargo carrier, as China encourages overseas deals to pare a reliance on low-wage manufacturing and imported raw materials. The nation's companies have announced 309 overseas deals this year, the sixth straight annual increase, according to Bloomberg data.

"HNA Group is a mysterious company," said Li Lei, a Beijing-based analyst at China Securities Co., who covers Hainan Air. "They has done a lot of deals to diversify their business, but outsiders have no idea about their focus or next move."

The group wants to boost overseas assets to 40 percent of holdings from 10 percent within five years, Tan said. Its operating assets may climb fourfold to 1 trillion yuan over the same period, depending on economic growth, he said.

## Stock-market Slump

HNA, which was established in 2000, is interested in listed companies in the U.S. and Europe because they are financially transparent and easier to exit, Tan said, without naming specific targets. A stock-market slump has also reduced prices, he said.

"Some assets in Europe and the U.S. are too cheap," said Tan, a Harvard Business School graduate. "Valuations of some good companies have dropped below net asset value, which is unjustified."

By contrast, investments in China are less attractive because of market bubbles, including in real

estate, he said.

HNA is waiting to hear whether it was successful in a bid for an airport unit being sold off by Hochtief AG (HOT), Tan said. The unit, which includes airports serving Hamburg, Sydney, Budapest and Athens, drew bids of more than 1 billion euros ($1.4 billion), four people familiar with the matter said in August.

The company expects to complete the purchase of 20 percent of Madrid-based NH Hoteles SA (NHH) this year after which it will help the hotel chain expand in China, Tan said. HNA this month agreed to pay 330 million euros for the stake following a price cut.

## Container Lessor

In August, it agreed to buy container-lessor GE SeaCo for $1.05 billion in partnership with Bravia Capital. The company has also said that it has held preliminary discussions about bidding for luxury-hotel chain Amanresorts International Pte.

"I am not optimistic about HNA's aggressive overseas investment plan as risks are high," said Li. "It is hard to tell how long the crisis in Europe will last and when is the bottom. If HNA buys too early, it may not have enough capital to run the acquired business."

The company has credit lines from state-backed banks including China Development Bank Corp., Agricultural Bank of China Ltd. (1288) and Industrial & Commercial Bank of China Ltd., Tan said.

In China, HNA has led efforts by the local government to grow Hainan's tourism industry. The province is a tropical island, about twice the size of Hawaii, off the coast of southern China.

HNA's investments include both of Hainan's two main airports, hotels, a business-jet operator and a car-rental company. It also owns an aircraft lessor, a shipping line, real estate projects across China and a department-store chain.

Overseas investments announced by Chinese companies this year include China Investment Corp.'s proposed purchase of a 2.3 billion euro stake in GDF Suez SA's production and exploration business, and China Petrochemical Corp.'s agreement to buy Daylight Energy Ltd. for about C$2.9 billion ($2.9 billion).

The announced investments total $41.3 billion, compared with $69.9 billion for the whole of 2010.

To contact the reporter on this story: Jasmine Wang in Hong Kong at jwang513@bloomberg.net

To contact the editor responsible for this story: Neil Denslow at ndenslow@bloomberg.net.

4/29/2011                                                    China Begins Its Calls To Long Beach Po...

# BelmontShore-NaplesPatch ☀ 63°

Editor Nancy Wride: Heard some news you want us to check out? Let me know: Nancy.Wride@patch.com

**Business**

## China Begins Its Calls To Long Beach Port

Chinese freighters will be making weekly calls to the Long Beach Port, carrying more than 100,000 container units to these shores.

By Mirna Alfonso | Email the author | April 28, 2011

Grand China Shipping, one of the fastest growing ocean carriers in China, made its inaugural call to the Port of Long Beach on Tuesday at Total Terminals International's Pier T shipping facility.

A Chinese freighter will be making weekly port-of-calls to the **Long Beach Harbor**, beginning with its maiden call earlier this week.

The **Red Strength** kicked off its new service Tuesday and it is expected that the ship will carry to these shores 140,000 twenty-foot equivalent container units by the end of 2011.

Last year, more than six million TEUs passed through the port.

"It is a vote of confidence that global trade is rebounding, and that the Port of Long Beach is the preferred route to reach U.S. markets," said Board of Harbor Commissioners vice-President Susan E. Anderson Wise.

The commissioner made her remarks at a luncheon on Pier T to celebrate the China freighter's first trip to Long Beach.

The *Red Strength* is one of five 2,700-TEU ships in **Grand China Shipping**'s Super Pacific Express service, which will be making weekly calls to the Port.

SPX's route includes the Chinese ports of Hong Kong, Shenzhen, Ningbo and Shanghai, and then the service sends ships on to Long Beach.

Jia Hongxiang, chairman of Grand China Logistics Holding Group, which owns Grand China Shipping, said the new service marks the company's first foray into transpacific trade and is part of an aggressive strategy to reach U.S. markets.

"We believe in fate," Jia said through a translator. "And we are going to have a very bright future together."

**Grand China Logistics Holding** is part of China's fourth-largest airline group, HNA Group. Currently, Grand China Shipping operates a fleet of 23 container ships with a total capacity of 37,000 TEUs and is ranked 33rd among the world's biggest container carriers, the company said.

Named the best seaport in North America by CargoNews Asia for 13 of the last 14 years, the Port of Long Beach is the premier gateway for transpacific trade. With more than $4 billion in planned upgrades over the next decade, the Port will continue to offer some of the most modern and sustainable port facilities in the world, according to Long Beach information officer Art Wong.

---

### Get Patched In                                                                   Close

Belmont Shore-Naples news, events, and deals, delivered straight to you.

Homepage    Favorites    Chinese         Welcome to Shipping Online!   [Sign In]         Join Free      Help      All Services

 **SHIPPING ONLINE.CN**
Bridge to Chinese Shipping Industry


Already a Member? Sign In

**News**            Homepage  |  News  |  Statistics  |  Policies & Laws  |  Exhibitions  |  shipbuilding news

---

**News Content**

### Grand China Shipping aims to become global logistics company in 5-10 years

CHINA's HNA Group, based in the island province of Hainan, owns Grand China Shipping (GCS), which is rapidly emerging as a "very ambitious" company ready to become a total logistics provider covering air, land and sea globally.

GCS accounts manager Daniel Lee told London's Containerisation that it was modelling itself on companies like Evergreen, which offer logistics, container shipping and air services globally.

"The company is well established and the last piece is container shipping service sector. Our vision is to grow in the transpacific market, and we have a lot of very well established partners in the US, such as shipping agents like Norton Lilly," he said.

GCS planned to launch a second transpacific service, but decided instead to enlarge its first service and make it into two loops, due to the difficult conditions in the transpacific market.

"We want to follow the market trend and it's because of the market conditions. It's not been easy for many carriers in the market. A major challenge has been the declining freight rates. But we think there is potential in our service; we have long term visions of five to 10 years, so we are going to keep pushing in that market," he said.

Mr Lee also said the company's service currently catered mainly to NVOCCs, but added: "In the long term a healthy balance between direct shippers and NVOCCs would be ideal."

Asked if the company was interested in launching services in other major trades, like Asia-Europe, he said: "The company is always looking for opportunities to grow."

**Latest News**

Hong Kong companies shift work from PDR to western Guangdong to cut costs

Maersk FE to east coast South America rate up US$500/TEU from September

OOCL joins MOL and Samudera to offer China-India NCS service

Drewry sees 4-6pc more ship operating costs with high oil, pirates and regu...

Decade of US export growth to China outshines all other outbound cargo

Dachser Singapore opens for business, plans to increase staff 30pc by 2012

---

About Us  |  Service  |  Membership and Fee  |  AD Service  |  Help  |  Sitemap  |  Links  |  Contact Us  |  Terms of Use

Version: Chinese | English
Product listing policy - Privacy policy - Terms of use
Copyright 2000-2010 Shipping OnLine Inc. All rights reserved. ICP.06013976-1



*HNA*
**Grand China Shipping (U.S.A.)**
大新华轮船 (烟台)

ABOUT US    SERVICES        CUSTOMER SERVICE    CONTACT US

# A NEW PLAYER WITH STRONG BACKING

Backed by HNA Group, GCS benefits from the resources and experience of Grand China Logistics.

READ MORE



### ABOUT US

Grand China Shipping began trans-pacific business in March, 2011 debuting with the Super Pacific Express (SPX) service. The maiden voyage of GCS into the United States was celebrated shipside at TTI Terminals at the Port of Long Beach. Grand China Logistics....

*Read More >*

### SERVICES

Weekly trans-pacific service to and from Hong Kong, Shanghai, Ningbo, Yantian, Qingdao, Xiamen, Pusan, Long Beach, Oakland, and IPI points (Chicago, Houston, Dallas, Memphis, Kansas City)...

*Read More >*

### RECENT NEWS

GCS Transpacific Service Suspension Notice
Westbound General Rate Increase to be Implemented November 15th
Grand China Shipping Bringing Back Xiamen Service

---

Copyright © 2011 Grand China Shipping.

Privacy Policy   |   Terms of Service   |   Frequently Asked Questions (FAQ)

12/8/2011 11:45 AM

EXHIBIT 11



ABOUT US     SERVICES          HNA / Grand China Shipping (U.S.A.)          CUSTOMER SERVICE     CONTACT US
大新华轮船 (烟台)

 **NEWS**                                                                           SEARCH SITE

## GCS Transpacific Service Suspension Notice

**31**
Oct 11
8:56 am

**Archive**

October - 2011

September - 2011

August - 2011

July - 2011

June - 2011

May - 2011

April - 2011

Dear Valued Customers,

Today with regret we are announcing that we will temporarily suspend our SPX service due to unfavorable market conditions. This process will be managed very carefully to ensure an orderly transition which is least disruptive to your supply chain moves.

This is a decision that has been made with sound considerations. The rising bunker costs as well as the weakening economic conditions lead us to believe that we are facing more challenges than any quick and sustainable trade recovery.

Despite the deteriorating market volumes in the Pacific trade over the past months, we have endeavored to run our existing service without interruption, however, with no end in sight to the rate and volume pressures in this trade we have made this difficult decision to suspend the service temporarily. We want to reiterate that we will make every effort to ensure your supply chain is not interrupted.

Here below are the critical dates and information related to our final Eastbound and Westbound voyages:

**Eastbound from China to the U.S. West Coast:**

Our final sailing from China to the U.S. West Coast will be the Cape Madrid voyage 1107E, departing Yantian on November 5th , Xiamen on November 7th, Ningbo on November 9th and Shanghai on November 10th, 2011. All cargo booked and loaded for this vessel will be delivered to the final destination in North America without disruption.

All empty containers not used for above vessel Cape Madrid voyage 1107E should be returned to our container depots in Yantian, Xiamen, Ningbo and Shanghai. Please contact the respective Grand China Shipping (Yantai) Co. Ltd (GCS) offices at these 4 locations.

**Westbound from the U.S. West Coast to China:**

Our final sailing will be Cape Madrid voyage 1107W, sailing Long Beach on November 25th, arriving Xiamen on December 11th, Ningbo on December 13th and Shanghai on December 14th, 2011. The vessel is expected to sail on schedule and cargo will be delivered in China without interruption.

With the temporary suspension of our Trans Pacific service, we will be focusing on our core trade lanes such as the China / Japan and Southeast Asia trades as well as our domestic markets. Our company remains financially sound and we continue to provide reliable services in all these markets.

In case of any questions, please contact your respective GCS account representative. Thank you for the support you have granted Grand China Shipping (Yantai) Co. Ltd and we look forward to continuing to serve you in the Japan, Southeast Asia as well as the domestic markets.

Sincerely,

Li Xiaiong

General Manager,

Grand China Shipping (Yantai) Co. Ltd

Subscribe to RSS

Privacy Policy    |    Terms of Service    |    Frequently Asked Questions (FAQ)

Copyright © 2011 Grand China Shipping.

EXHIBIT 12

hnair.com WHOIS domain registration information from Network Solutions                          11/11/11 7:03 PM

Network Solutions >> Whois >> Results
Log In



- Search
- Renew
- Transfer
- Features
- Private Registration
- Forward

**WHOIS Results for hnair.com**

Available domain names similar to hnair.com

Available Extensions

    hnair.us
    hnair.info
    hnair.tv
    hnair.co.uk

Available Domains

    piraeushnair.com
    hnairinc.com
    hn-wind.com
    showhnair.com

Premium Resale Domains

| | |
|---|---|
| airbeline.com | $3,700 |
| airvent.net | $1,188 |
| personair.com | $599 |
| kuwait-air.com | $310 |
| hnair.pro | |
| hnair.im | |
| hnair.co | |
| hnair.asia | |
| hnwindinc.com | |
| hnaircar.com | |
| showhnwind.com | |
| openhnair.com | |
| onehnair.com | |
| hnairmillion.com | |
| airbr.com | $1,395 |
| airlineincentives.com | $3,388 |
| airsplint.com | $999 |

hnair.com WHOIS domain registration information from Network Solutions                                          11/11/11 7:03 PM

View more



**hnair.com**

Is this your domain name? Renew it now.



**Current Registrar:** HICHINA ZHICHENG TECHNOLOGY LTD.

| | |
|---|---|
| **IP Address:** | 202.100.200.55 (ARIN & RIPE IP search) |
| **Record Type:** | Domain Name |
| **Server Type:** | IIS 6 |
| **Lock Status:** | ok |
| **WebSite Status:** | Active |

```
Domain Name ..................... HNAIR.COM
Name Server ..................... ns2.hnair.com
                                  ns1.hnair.com
Registrant ID ................... ho052724339-cn
Registrant Name ................. Heming Huang
Registrant Organization ......... Hainan Airlines Company Limited
Registrant Address .............. HNA Plaza,No.7 Guoxing Road,Haikou
Registrant City ................. HaiKou
Registrant Province/State ....... HaiNan
Registrant Postal Code .......... 570203
Registrant Country Code ......... CN
Registrant Phone Number ......... +86.089868875627 -
Registrant Fax .................. +86.089868875700 -
Registrant Email ................ hem_huang@hnair.com
Administrative ID ............... hc654349265-cn
Administrative Name ............. Heming Huang
Administrative Organization ..... HNA SYSTEMS CO.,LTD.
Administrative Address .......... HNA Plaza,No.7 Guoxing Road,Haikou
Administrative City ............. HaiKou
Administrative Province/State ... HaiNan
Administrative Postal Code ...... 570203
Administrative Country Code ..... CN
Administrative Phone Number ..... +86.089868875627 -
Administrative Fax .............. +86.089868875700 -
Administrative Email ............ hem_huang@hnair.com
Billing ID ...................... hc643822573-cn
Billing Name .................... Heming Huang
Billing Organization ............ HNA SYSTEMS CO.,LTD.
Billing Address ................. HNA Plaza,No.7 Guoxing Road,Haikou
Billing City .................... HaiKou
Billing Province/State .......... HaiNan
Billing Postal Code ............. 570203
Billing Country Code ............ CN
```

```
Billing Phone Number ........... +86.089868875627 -
Billing Fax .................... +86.089868875700 -
Billing Email .................. hem_huang@hnair.com
Technical ID ................... hc600544753-cn
Technical Name ................. Heming Huang
Technical Organization ......... HNA SYSTEMS CO.,LTD.
Technical Address .............. HNA Plaza,No.7 Guoxing Road,Haikou
Technical City ................. HaiKou
Technical Province/State ....... HaiNan
Technical Postal Code .......... 570203
Technical Country Code ......... CN
Technical Phone Number ......... +86.089868875627 -
Technical Fax .................. +86.089868875700 -
Technical Email ................ hem_huang@hnair.com
Expiration Date ................ 2013-02-02 05:00:00
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

Make an instant, anonymous offer to the current domain registrant. Learn More



Search Again

Search again here...

Search by either

Domain Name e.g. networksolutions.com
IP Address e.g. 205.178.187.13

Search

When you register a domain name, current policies require that the contact information for your domain name registration
be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS
information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of
high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates
these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information
purposes only, and to assist persons in obtaining information about or related to a domain name registration record.
Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following
terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use
this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or
solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes
that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of
this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-
volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights
and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the
WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for
excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions
reserves the right to modify these terms at any time.

hnair.com WHOIS domain registration information from Network Solutions                    11/11/11 7:03 PM



Processing...

gcdevelop.com WHOIS domain registration information from Network Solutions                    11/11/11 7:11 PM

Network Solutions >> Whois >> Results
Log In



- Search
- Renew
- Transfer
- Features
- Private Registration
- Forward

**WHOIS Results for gcdevelop.com**

Available domain names similar to gcdevelop.com

Available Extensions

    gcdevelop.net
    gcdevelop.tel
    gcdevelop.org
    gcdevelop.us

Available Domains

    gc-develop.com
    gccreate.com
    gc-create.com
    netgcdevelop.com

Premium Resale Domains

| | |
|---|---|
| developfx.com | $895 |
| developpads.com | $1,788 |
| developpe.net | $995 |
| developweb.com | $13,080 |
| gcdevelop.eu | |
| gcdevelop.info | |
| gcdevelop.mobi | |
| gcdevelop.biz | |
| gcdevelop.tv | |
| gcdevelop.co.uk | |
| gcdevelopnot.com | |
| gcdevelopbiz.com | |
| gccreatenet.com | |
| gccreatebiz.com | |
| netgccreate.com | |
| gcdavelop.com | |
| developasp.com | $1,695 |

gcdi.net          **$1,188**
developbiz.com    **$2,088**

View more

Add Selected to Cart

**gcdevelop.com**

**Is this your domain name? Renew it now.**



BOOKMARK ☆ ▾ ▾ ▾

**Current Registrar:** HICHINA ZHICHENG TECHNOLOGY LTD.

**Lock Status:**    ok

```
Domain Name ...................... GCDEVELOP.COM
Name Server ...................... ns1.hnair.com
                                   ns2.hnair.com
Registrant ID .................... hc880250585-cn
Registrant Name .................. Claudia Chuang
Registrant Organization .......... Shanghai Grand China Shipping Devel
Registrant Address ............... 8F YouYou International Plaza,No.76
Rd.,Pudong,Shanghai
Registrant City .................. shanghaishi
Registrant Province/State ........ shanghai
Registrant Postal Code ........... 200127
Registrant Country Code .......... CN
Registrant Phone Number .......... +86.02150391986 -
Registrant Fax ................... +86.02150391161 -
Registrant Email ................. yun-zhang@hnair.com
Administrative ID ................ hc880250585-cn
Administrative Name .............. Claudia Chuang
Administrative Organization ...... Shanghai Grand China Shipping Devel
Administrative Address ........... 8F YouYou International Plaza,No.76
Rd.,Pudong,Shanghai
Administrative City .............. shanghaishi
Administrative Province/State .... shanghai
Administrative Postal Code ....... 200127
Administrative Country Code ...... CN
Administrative Phone Number ...... +86.02150391986 -
Administrative Fax ............... +86.02150391161 -
Administrative Email ............. yun-zhang@hnair.com
Billing ID ....................... hichina001-cn
Billing Name ..................... hichina
Billing Organization ............. HiChina Web Solutions Limited
Billing Address .................. 3/F., HiChina Mansion
                                   No.27 Gulouwai Avenue
                                   Dongcheng District
Billing City ..................... Beijing
Billing Province/State ........... Beijing
Billing Postal Code .............. 100011
```

gcdevelop.com WHOIS domain registration information from Network Solutions                    11/11/11 7:11 PM

```
Billing Country Code ............ CN
Billing Phone Number ............ +86.01064242299 -
Billing Fax ..................... +86.01064258796 -
Billing Email ................... domainadm@hichina.com
Technical ID .................... hichina001-cn
Technical Name .................. hichina
Technical Organization .......... HiChina Web Solutions Limited
Technical Address ............... 3/F., HiChina Mansion
                                  No.27 Gulouwai Avenue
                                  Dongcheng District
Technical City .................. Beijing
Technical Province/State ........ Beijing
Technical Postal Code ........... 100011
Technical Country Code .......... CN
Technical Phone Number .......... +86.01064242299 -
Technical Fax ................... +86.01064258796 -
Technical Email ................. domainadm@hichina.com
Expiration Date ................. 2015-03-15 07:08:35
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than
Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

Make an instant, anonymous offer to the current domain registrant. Learn More

Make Offer

Search Again

Search again here...

Search by either

Domain Name e.g. networksolutions.com
IP Address e.g. 205.178.187.13

Search

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions

excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



Processing...

# EXHIBIT 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

Case Number: _____

IRON PASHA INC.                          )
            Plaintiff,          )
   vs.                                    )
                                         )
SHANGHAI GRAND CHINA SHIPPING            )
DEVELOPMENT CO. LTD;                     )
HONG KONG CHAIN GLORY                    )
SHIPPING CO., LTD; GRAND CHINA           )
LOGISTICS HOLDINGS (GROUP)               )
COMPANY LIMITED; GRAND CHINA             )
 SHIPPING (YANTAI) CO., LTD;            )
GRAND CHINA SHIPPING                      )
(HONG KONG) CO. LTD.;                     )
HNA GROUP CO. LTD.,                       )
           Defendants,          )
--------------------------------------------------------

## DECLARATION OF DESPINA BACHA

I, Despina Bacha, pursuant to Section 1746 of Title 28 of the United States Code, hereby declare and say the following under penalty of perjury:

     1.    I am an individual of sound mind, and have never been convicted of a crime of moral turpitude.  This declaration is respectfully submitted in support of Plaintiff's application for maritime attachment and garnishment of property of the Defendants in the above styled proceedings.

     2.    I am a citizen of Greece and a resident of Athens and the lawful representative of the Plaintiff in the above action and duly authorized on its behalf to make this declaration, which is based on: my personal knowledge; documents and writings contained in the records of the Plaintiff company (hereinafter referred to as "Owners" ) and its agent; public records in China,

Hong Kong, Arizona, California; and other countries and states; information provided to me by Owners' English and Chinese solicitors, my own investigation and discussions with our legal advisors and other information available to the public at large.

3     I am familiar with the business transactions out of which Owners' claim arises, having dealt with the matter over a period of several months in my capacity as legal advisor to the Owners in Greece.  My declaration is also based on documents and information given to me by employees and / or agents of the Owners and their respective agents, attorneys and solicitors.

4.     I have read the Verified Complaint prepared by Plaintiff's attorneys, CHALOS & CO, P.C., know the contents thereof, and hereby declare that the facts and damages laid out therein are true and accurate.

5.     IRON PASHA INC., Plaintiff in the above captioned suit, is the registered owner of the MV GCL ARGENTINA, a motor bulk carrier vessel registered at the Republic of the Marshall Islands with IMO number 9469924 and international call sign V7UZ7.

6.     On April 12, 2010, Plaintiff, IRON PASHA INC., entered into a bareboat charterer party agreement ("the bareboat charter") with Defendant SHANGHAI GRAND CHINA SHIPPING DEVELOPMENT CO. LTD. (hereinafter "DEVELOPMENT") as charterer of the GCL ARGENTINA.

7.     Defendant, HONG KONG CHAIN GLORY SHIPPING CO., LTD (hereinafter "CHAIN GLORY"), is co-charterer of the GCL ARGENTINA under the same bareboat charter and a "nominee" charterer of defendant DEVELOPMENT under clause 4 of the bareboat charter. *See Verified Complaint EXHIBIT 1.*

8.     Defendant GRAND CHINA LOGISTICS HOLDINGS (GROUP) COMPANY LIMITED, (hereinafter "GRAND CHINA LOGISTICS") is a guarantor of the performance of DEVELOPMENT and CHAIN GLORY under the bareboat charter (*EXHIBIT 1* at clause 4) and

also a joint and several principal obligor under same pursuant to a written guarantee dated April 21, 2010. *See Verified Complaint EXHIBIT 2.*

9.     Defendant GRAND CHINA SHIPPING (YANTAI) CO., LTD, (hereinafter "GRAND CHINA SHIPPING") is a corporate entity with its principal address and/or registered office at Yantai, China, engaging in marine transportation business and has registered as a vessel operating carrier with the U.S. Federal Maritime Commission ("FMC") and has filed tariffs, as required by law. *See Verified Complaint EXHIBT 3 and Exhibit 4.*

10.     Defendant HNA GROUP CO., LTD (hereinafter "HNA") is the parent company of Defendants: GRAND CHINA LOGISTICS; DEVELOPMENT; CHAIN GLORY; and GRAND CHINA SHIPPING. *See Verified Complaint EXHIBIT 5.*

11.     In breach of the terms of the bareboat charter, Defendants GRAND CHINA LOGISTICS, DEVELOPMENT and CHAIN GLORY (hereinafter collectively referred to as "Charterers") have been persistently refusing, neglecting and/ failing to honor their obligations to pay Plaintiff the agreed daily bareboat charter hire of $19,800, which is payable every 15 days in advance.

12.     Ever since August of 2011, Plaintiff has sought to collect the large sums of unpaid bareboat charter hire and has taken every measure a reasonable shipowner can take to induce its persistently defaulting counterparty in business to pay up on its continually accumulating debt obligations.

13.     Plaintiff's endeavors to collect have ranged from attempts to persuasion, direct and through various intermediaries, to taking legal action to obtain security and to enforce collection of a debt that has, at times, reached in unpaid hire and other payments due and owing under the charter, the approximate amount of $ 1,500,000.

14.     The legal action Plaintiff has taken has included proceedings in the High Court of

Justice in the United Kingdom, and proceedings in the United States District Courts for the Districts of Arizona; Northern District of California and Central District of California under Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

15.    In the process of trying to collect the hire payment that were due and owing Plaintiff incurred substantial legal and related costs and expenses in various countries, including, Greece, China, South Africa, the United Kingdom and the United States and is continuing to do so.

16.    In its latest endeavors to collect the amounts owed, Plaintiff filed suit in the United States District court for the Central District of California in Civil Action No.: 11-CV-009710, which resulted in the maritime attachment and garnishment of the bunkers and empty containers owned by Defendants onboard the M/V CAPE MADRID, a container vessel time chartered by Defendant GRAND CHINA SHIPPING (YANTAI) CO. LTD. (hereinafter "YANTAI").

17.    In response to the pressure brought about as a result of the attachment of Defendants property, and to obtain its release from attachment the said Defendant, YANTAI "caused US 2.05 million to be wired to Iron Pasha" in exchange for lifting "the arrest and withdraw legal actions in the United States." (*The confirmation of this transfer was sent to one of the attorney of Iron Pasha Inc. by an attorney representing Grand China Shipping (Yantai) Co. Ltd. and a copy thereof is hereto attached as EXHIBIT A*).

18.    Following the payment of the amounts owed, Defendants also confirmed to Plaintiff on December 6, 2011 that, as regards the next hire installment which was due and payable on December 7, 2011, Charterers were "under the process of executing the internal formalities for remittance, " and request Plaintiff's Bank details to effect the payment.. *A copy of Defendants' e-mail containing their confirmation of Payment is hereto attached as EXHIBIT B.*

19. However, instead of paying the next hire installment, as they had promised and undertaken, the next day (December 7, 2011) Defendants refused to pay asserting they had overpaid Plaintiff, and attempted to offset the settlement amount against the hire installments that fell due on December 7 and December 22, 2011.

20. Plaintiff had never agreed with Defendants at or at any time before the release of the property attached onboard the CAPE MADRID to set off and apply any of the funds received in settlement of hire payments falling due in the future. *i.e.* after December 1, 2011.

21. From my experience in dealing with Plaintiff's claims against Defendants for non-payment of hire, I know that Defendants –though purporting to be separate corporate entities- have their property and funds commingled and confused. Thus, recently, Grand China Shipping Development Co. Ltd. - one of the companies of the Grand China Logistics Group - made a hire payment in the amount of $ 297,000 to IRON PASHA Inc., using the bank account of Grand China Shipping (Hong Kong) Co. Ltd., - a company which is not a party to the bareboat charter. *See transfer order of Grand China Shipping (Hong Kong) Co. Ltd. hereto attached as EXHIBIT C.*

22. Similarly Defendant Grand China Shipping (Yantai) Co. Ltd., as noted in foregoing paragraph 17 of my Declaration, "caused US 2.05 million to be wired to Iron Pasha" Inc, in order for the latter to release the attachment of bunkers and containers that were onboard the M/V CAPE MADRID – that Iron Pasha had attached. Again, it is worth noting that Grand China Shipping (Yantai) Co. Ltd. had no express contractual relationship with Iron Pasha Inc., that might have obligated it to pay this sum, save for the alter ego relationship and other practices of these companies that tend to operate as a single economic entity.

23. On or about December 23, 2011, Defendants, acting by and through DEVELOPMENT, gave written notice to Plaintiff unilaterally terminating the charter and

declaring their intent to redeliver the GCL ARGENTINA prematurely, between January 10-15, 2012 even though there are some 4 years remaining of the unexpired term of the charter party.

24.     In parallel with the unilateral cancellation of the GCL ARGENTINA charter party, other members of the Grand China group of companies, acted unilaterally within the past two weeks to similarly terminate charter parties with other owners, acting in what is clearly coordinated common action of the group.

25.     Upon information and belief, based on the public statements of Defendants and enquiries made in the chartering market, the Defendants are the disponent owners (head charterers) of the container vessel CARDONIA, a Liberian flag vessel which they have subchartered to another operator, to wit:  Compañía Chilena de Navegación Interoceánica S.A. ( hereinafter "CCNI")  and the said sub charterer CCNI is obligated under its sub-charter to pay daily sub-charter hire to Defendant GRAND CHINA SHIPPING YANTAI or one of the other Defendants for the employment and use of the said vessel.

26.     Upon information and belief, the said CCNI is likely to be indebted and or hold on behalf of the said Defendants, subcharter hires and other amounts accruing and becoming payable under the subcharter as these accrue and are payable in advance until the redelivery of the said vessel by CCNI to GRAND CHINA YANTAI or the other Defendants upon the expiration of the subcharter party term.

27.     I declare under penalty of perjury of the laws of the United States of America and the State of applicable jurisdiction that the foregoing is true and correct.

/// 

/// 

///

Signed in Athens, Greece
December 2 1st, 2011

Despina Bacha
Representative of IRON PASHA INC.

# BACHA DECLARATION EXHIBIT A

## George A. Gaitas

| | |
|---|---|
| **From:** | Yoshitomi, Robert [ryoshltomi@nixonpeabody.com] |
| **Sent:** | Wednesday, November 30, 2011 8:38 AM |
| **To:** | 'gaitas@chaloslaw.com' |
| **Cc:** | 'erichw@fdw-law.com'; 'erichw@fdw-law.com.'; Gonzalez, Jason |
| **Subject:** | CAPE MADRID |
| **Importance:** | High |
| **Attachments:** | 113002.pdf |



113002.pdf (48 KB)

Mr. Gaitas:

1. Grand China Shipping (Yantai) Co., Ltd. has today caused US$2.05 million to be wired to Iron Pasha, and Iron Pasha agreed in the e-mail quoted below to lift the arrest and withdraw legal actions in the United States.

===quote==
Dear Kai + Charlie
Cc Victor
In reference to your overnight SMS messages we confirm that you can remit the amount of usd 2,050,000 to our original account according to our C/P and once we receive the funds in our bank we lift the arrest and withdraw legal actions in US.
Plse provide asap the bank 'swift confirmation Brgds for and on behalf of Stealth Maritime Corp. S.A.(as agents only) Capt. Nick Markomichelakis Operations Manager/DPA
E-mail: maritime@stealth.gr
Blackberry e-mail: nm@stealth.gr
Office phone : +302106252849/850
AOH:+302108160246
MOB:+306944224811/+306944340398
== unquote==

I attach a copy of the wire transfer instructions to the payor bank.

2. We trust that Iron Pasha will confirm to you its receipt of the funds today (November 30), so you will lift the arrest and withdraw the legal actions in the U.S., as promised by Iron Pasha. The highest priority, of course, is removing the legal restraints so the CAPE MADRID may sail immediately. As that will involve action on the ground in Long Beach, for sake of good order, I copy Messrs. Wise and Drumalds. My partner Jason Gonzalez in our Los Angeles office will contact you directly to move this forward.

Thank you for your cooperation.

Regards,
Bob Yoshitomi

Robert B. Yoshitomi, Partner
Nixon Peabody LLP
555 West 5th Street, 46th Floor
Los Angeles, CA 90013-1025
Office telephone: 213/629-6000
Direct telephone: 213/629-6060
Facsimile: 866/741-1403
E-MAIL ryoshitomi@nixonpeabody.com

This message may contain privileged and confidential information intended only for the addressee. If you receive it in error, please delete it from your system and notify the sender. Thank you.

1

Ref.No._____

中國工商銀行 (亞洲)
**I C B C** (Asia)

電匯申請書
**APPLICATION FOR TELEGRAPHIC TRANSFER**

致：中國工商銀行(亞洲)有限公司
To: Industrial and Commercial Bank of China (Asia) Limited

日期
Date:_____

分行
Branch:_____

諮詢編號
Transaction Ref: ORM/ORR

匯款通 ☐
Remittance Express Service

| 貨幣 Currency | USD | 金額 Amount | 2,050,000.00 | 匯價 Rate | | 折扣 Net | |
|---|---|---|---|---|---|---|---|

收款銀行名稱及地址 Name & Address of Beneficiary Bank

PIRAEUS BANK OF GREECE 47-49
AKTI MIAOULI STREET 18536 PIRAEUS
GREECE

| 佣金 Commission | |
| 手續費 Handling charge | |
| 電報費 Cable charge | |
| 代理銀行費 Our agent bank's charge | |
| 總額 Total | |

收款銀行之代理銀行(如有) Beneficiary Bank's Correspondent Bank (if any)

收款人姓名及地址 Name & Address of Beneficiary

IRON PASHA INC

帳號 Account No.   5104 - 050050 - 058

附言 (只限4行，每行35個英文字或完成7個中文字) Message (4 lines x 35 English characters or 7 Chinese words only)

匯款交易費用 Remittance Transaction Charges

☐ BEN 所有費用由收款人支付
All charges borne by beneficiary

☐ OUR 代理銀行費用由匯款人支付
Our agent bank's charges borne by ordering customer

☐ SHA 所有海外費用由收款人支付
All Overseas charges borne by beneficiary

☑ BENOUR 收款人全額收足 (只限美元)
Beneficiary receive full amount (USD only)

付款方式 Payment should be settled by

☐ 現金 Cash

☐ 支票 Cheque No._____ on_____ Bank
收支作實 Subject to final payment

☑ 請支取賬 Debiting my/our Account No.   861530019522

收款人資料 Ordering Customer's Information

| 姓名 Name | HONG KONG CHAIN GLORY SHIPPING LIMITED |
|---|---|
| 帳戶號碼 A/C No. | 861530019522 |

申請人如非本行存戶，以下資料必須填寫
Must be filled in if the ordering customer has no account with our bank

| 證件號碼 ID No. | |
| 電話 Tel No. | |
| 地址 Address | |

本人吾等已閱讀並同意遵守背頁所載之條款
I/We have read overleaf and agree to be bound by them

Hong Kong Chain Glory Shipping Limited
香港堅築航運有限公司

SV

Authorised Signature(s)
匯款人簽名 Signature of Ordering Customer

銀行專用 For Bank Use Only

| Correspondent Bank | | Value Date | Funding Ticket No. | FX Ticket No. |
|---|---|---|---|---|
| Teller | Officer | Manager | TT Form Approved By | Require E-mail confirm |

\* 請用正楷書寫 Please write/type in BLOCK Letter

BACHA DECLARATION EXHIBIT B

FROM L & S OPERATIONS

## George A. Gaitas

**From:**    Bacha Despoina [bacha@brave.gr]
**Sent:**    Tuesday, December 06, 2011 2:53 AM
**To:**      George A. Gaitas
**Cc:**      George M. Chalos
**Subject:**  FW: GCL ARGENTINA / ACC GCL / BB CP 12-APR-10 HIRE INVOICE (REF:11AE7B0)
**Importance:** High

Good day Mr Gaitas,

Kindly find here below message just received from GCL confirming arrange of remittance of 29th hire of USD 297,000.

Kind Regards
Despina

**From:** Stealth Maritime [mailto:maritime@stealth.gr]
**Sent:** Tuesday, December 06, 2011 10:00 AM
**To:** Babills Lambros; Markomichelakis Nikolaos; Bacha Despoina; Vafias Panos
**Subject:** FW: GCL ARGENTINA / ACC GCL / BB CP 12-APR-10 HIRE INVOICE (REF:11AE7B0)
**Importance:** High

TELiX MSG: AE7B0 06/12/11 10:00


FROM L & S OPERATIONS

TO STEALTH MARITIME

Kyriakos / Morten

Rcvd from Chrts
=qte=
GCL ARGENTINA / ACC GCL / BB CP 12-APR-10 HIRE INVOICE

Dear Sir,

Good day,

Well rcvd your msg. Pls be advd tt the 29th hire is now under the process of executing the internal formalities for remittance. Pls kindly clarify which bank account we shall remit to (the original one or the new one) for the subsequent installments? Waiting for your confirmation by rtn asap.

thks & B.rgd

Josh
Grand China Shipping Development Co.,Ltd
Email: opt@gcdevelop.com; shenxin@hnair.com
Tel: (86+21)61759037
地址：上海市浦东新区浦东南路588号浦发大厦15楼 (200120)
Add: 15F Pufa Tower, No. 588 Pudong South Rd, Shanghai, China (200120)
=unqte=

12/15/2011

FROM L & S OPERATIONS

TO G C D

Rcvd from STEALTH MARITIME
=qte=

GCL ARGENTINA / ACC GCL / BB CP 12-APR-10

Please send a reminder to the charterers for the attached hire invoice (bearing also the new banking details) which is becoming due on December 7, 2011.

Also, please note that we have received payment for all the o/s hires up to 7/12 and for interest and legal expenses.

Thanks and best regards

Kyriakos Perpinias
FREIGHT COLLECTION DEPT.
=unqte=

///

RE : GCL ARGENTINA / ACC GCL / BB CP 12-APR-10          HIRE INVOICE

You are kindly requested to forward to the Charterers the attached hire invoice, which covers period fm 7th up to 22nd Dec. 2011.

We would appreciate to draw the Charterers attention that with immediate effect (fm this time onwards) all hire payments under the above charter party to be paid to the following bank account.

```
HSBC BANK PLC
93 AKTI MIAOULI STREET
PIRAEUS - GREECE
TEL: 210-4290120
FAX: 210-4290760
SWIFT CODE: MIDLGRAA
INTO ACCOUNT NR: 001 - 044387-036
IBAN: GR900 71000 1000000 1044387036
IN FAVOUR OF: COMMERCE ESTATES INC.
CORR. BANK: HSBC BANK USA- NEW YORK
SWIFT CODE: MRMDUS33
```

Kindest regards
Eftichia Petala
Freight Collection Dept.

12/15/2011

FROM L & S OPERATIONS

Best Regards,
Morten Bjonness
Lorentzen & Stemoco AS
Direct: +47 22 52 77 58
Mobile: +47 90 11 85 53
mail: lorops@lorstem.no

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone (+47 22 52 77 00) and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

12/15/2011

# BACHA DECLARATION EXHIBIT C

**From:** opt [mailto:opt@gcdevelop.com]
**Sent:** Monday, November 28, 2011 4:15 AM
**To:** Markomichelakis Nikolaos
**Cc:** GCS/OPS; opt; GCS/CML
**Subject:** MV GCL Argentina Hire Bank Instruction

Dear Sirs / Charlie

Attached pls find MV GCL Argentina Hire Bank Instruction for owrs ref.

Appreciate owrs understanding

thks & B. rgd

Commercial Department
Grand China Shipping Development Co.,Ltd
地址：上海市浦东新区浦东南路 588 号浦发大厦 15 楼（200120）
Add：15F Pufa Tower, No. 588 Pudong South Rd, Shanghai, China (200120)
unquote

中国建设银行
China Construction Bank
建设银行 Hong Kong Branch

Day 日 /   Month 月 /   Year 年

（請以正楷填寫 PLEASE FILL WITH BLOCK LETTERS）

| 匯款申請書<br>APPLICATION FOR REMITTANCE | 電匯<br>☐ Telegraphic<br>Transfer | 匯票<br>☐ Demand Draft | 本票<br>☐ Cashier's Order | 此欄由銀行填寫<br>For Bank Use Only |
|---|---|---|---|---|

| 貨幣及金額 Currency & Amount | 貨幣及金額大寫 Currency & Amount in Words | 編號<br>Ref. No. |
|---|---|---|
| USD 297,000.00 | 美元貳拾玖万柒仟元整 | 匯率 Rate |

收款銀行及地址 Receiving Bank & Address
PIRAEUS BANK OF GREECE 47-49 AKTI MIAOULI STREET 18536
PIRAEUS, GREECE

等值
Equivalent

收款銀行海外帳戶行 Intermediary Bank of Receiving Bank

佣金
Commission

收款人銀行帳戶號碼 Beneficiary's Account No.
5104 - 05 0050 - 058

電報費
Telex Charge

收款人姓名及地址 Beneficiary's Name & Address
IRON PASHA INC

郵費
Postage

匯款人 By Order of
GRAND CHINA SHIPPING (HK) CO LTD

附言 Message

合計
Total

上述匯款及一切費用 Payment of this application:

申請人姓名
Applicant's Name:
地址
Address:

☐ 請支賬帳 by debit my/ our account no.
671 -   021988005

☐ 附上 _____ 銀行支票號碼 _____
Enclosed _____ Bank
CQ No. _____

電話號碼 Tel No. :

本人/ 吾等已閱讀及明瞭背面之匯款條款並同意受其約束
I/We have read and understood the conditions of transfer printed overleaf and agree to be bound by them.

申請人簽署 Applicant's Signature(s)

此欄由銀行填寫 FOR BANK USE ONLY

| Verify Signature | Prepare | Check | Authorise | Remarks |
|---|---|---|---|---|

CCBCHK / CS / 006 (03/06)

China Construction Bank Corporation Hong Kong Branch

# EXHIBIT 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

Case Number: _____

IRON PASHA INC.                                    )
             Plaintiff,                       )
   vs.                                         )
                                                   )
SHANGHAI GRAND CHINA SHIPPING    )
DEVELOPMENT CO. LTD;             )
HONG KONG CHAIN GLORY            )
SHIPPING CO., LTD; GRAND CHINA   )
LOGISTICS HOLDINGS (GROUP)       )
COMPANY LIMITED; GRAND CHINA     )
SHIPPING (YANTAI) CO., LTD;       )
GRAND CHINA SHIPPING             )
(HONG KONG) CO. LTD.;            )
HNA GROUP CO. LTD.,              )
             Defendants.                     )
-------------------------------------------------------

## ATTORNEY DELCARATION THAT DEFENDANTS CANNOT BE FOUND WITHIN THE DISTRICT

This affidavit is executed by George A. Gaitas, counsel for Plaintiff, IRON PASHA INC., in order to secure the issuance of a Summons and Process of Maritime Attachment and Garnishment in the above-captioned Admiralty Cause.

Pursuant to 28 U.S.C. §1746, George A. Gaitas, declares under the penalty of perjury:

I am a Member of the firm of CHALOS & CO, P.C., attorneys for Plaintiff in the above referenced matter.

I am familiar with the circumstances of the Verified Complaint, and I submit this declaration in support of Plaintiff's request for the issuance of Process of Maritime Attachment and Garnishment of the property of the Defendants, SHANGHAI GRAND CHINA SHIPPING DEVELOPMENT CO. LTD; HONG KONG CHAIN GLORY SHIPPING CO., LTD; GRAND

Chalos & Co. Ref: 2241.002

CHINA LOGISTICS HOLDINGS (GROUP) COMPANY LIMITED; GRAND CHINA SHIPPING (YANTAI) CO., LTD; GRAND CHINA SHIPPING (HONG KONG) CO. LTD.; HNA GROUP CO. LTD., pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

I have personally inquired or have directed inquiries into the presence of the Defendants in this District.

I have directed attorneys in my firm to check with the office of the Florida Secretary of State, using the Secretary of State's database, and have determined that, as of December 28, 2011, the Defendants are neither incorporated nor registered as foreign corporations pursuant to the laws of Florida, and have neither nominated nor appointed any agent for the service of process within the State.

I have directed attorneys in my firm to engage a search of the Superpages telephone directory on the internet, and determined that there are no telephone listings or addresses for the Defendants within this District.

I have directed attorneys in my firm to engage in a Google search as to whether the Defendants can be located within this District and determined that there are no telephone listings or addresses for the Defendants within this District.

I am unaware of any general or managing agent(s) of the named Defendants within this District.

In that I have been able to determine that the Defendants have not appointed an agent for service of process within the state of Florida and that I have found no indication that the Defendants can be found within this District for the purposes of Rule B, I have formed a good faith belief based on the investigation of the attorneys under my direction that the Defendants do

not have sufficient contacts or business activities within this District and do not have any offices or agents within this District to defeat maritime attachment under Rule B of the Supplemental Rules for Admiralty and Maritime Claims as set forth in the Federal Rules of Civil Procedure.

It is my belief, based upon an investigation performed by attorneys in my firm under my direction that the Defendants cannot be found within this District for the purposes of Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

DATED:  December 28, 2011

Respectfully Submitted,
*Attorneys for Plaintiff*
IRON PASHA INC.

By:      /s/ George A. Gaitas

George A. Gaitas (Fed. Bar No. 705176)
*(pro hac vice application forthcoming)*
CHALOS & CO, P.C.
7210 Tickner Street, Houston, TX 77055
Telephone: (713) 936-2427
Telecopier: (866) 702-4577
Email: gaitas@chaloslaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

Case Number: _____

IRON PASHA INC.                                    )
         Plaintiff,                                )
   vs.                                             )
                             )
SHANGHAI GRAND CHINA SHIPPING   )
DEVELOPMENT CO. LTD;                       )
HONG KONG CHAIN GLORY                    )
SHIPPING CO., LTD; GRAND CHINA        )
LOGISTICS HOLDINGS (GROUP)            )
COMPANY LIMITED; GRAND CHINA        )
 SHIPPING (YANTAI) CO., LTD;              )
GRAND CHINA SHIPPING                       )
(HONG KONG) CO. LTD.;                         )
HNA GROUP CO. LTD.,                            )
         Defendants.                             )
-----------------------------------------------------

## **VERIFICATION OF COMPLAINT**

I, DESPINA BACHA, pursuant to Section 1746 of Title 28 of the United States Code, hereby declare and say the following under penalty of perjury:

1.    I am the lawful representative of the above captioned Plaintiff, IRON PASHA INC., and I am duly authorized to make this Declaration on its behalf.

2.    I have read the above and foregoing Verified Complaint and the allegations contained therein are true and correct to the best of my knowledge, information, and belief.

Dated: December 21ᵗʰ, 2011

       Athens, Greece

                                        Despina Bacha
                           Representative of IRON PASHA INC.